IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MERLE R. MILLS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>V.<br><br>ROBBINS & MYERS, INC., THOMAS P. LOFTIS, PETER C. WALLACE, STEPHEN F. KIRK, DALE L. MEDFORD, ANDREW LAMPEREUR, RICHARD J. GIROMINI, ALBERT J. NEUPAVER, RAVEN PROCESS CORP. AND NATIONAL OILWELL VARCO, INC.,<br><br>DEFENDANTS. | CASE NO. 4:12-CV-2962<br><br>CLASS ACTION COMPLAINT FOR BREACH OF FIDUCIARY DUTY AND INDIVIDUAL CLAIMS FOR VIOLATION OF SECTION 14(A) AND 20(A) OF THE SECURITIES EXCHANGE ACT OF 1934<br><br>JURY TRIAL DEMANDED |

## Order

On this the day came on to be heard and considered the Motion to Dismiss with prejudice of Plaintiff Mills and without prejudice as to the claims of the class, with respect to the Complaint against Defendants, National Oilwell Varco, Robbins & Myers, Inc., Thomas P. Loftis, Peter C. Wallace, Stephen F. Kirk, Dale L. Medford, Andrew Lampereur, Richard J. Giromini, Albert J. Neupaver, and Raven Process Corp, and the Court being of the opinion that said motion should be in all things granted; it is, therefore,

ORDERED, ADJUDGED and DECREED that the Complaint being asserted by Plaintiff, Merle R. Mills, against Defendants, National Oilwell Varco, Robbins & Myers, Inc., Thomas P. Loftis, Peter C. Wallace, Stephen F. Kirk, Dale L. Medford, Andrew Lampereur, Richard J. Giromini, Albert J. Neupaver, and Raven Process Corp, is hereby dismissed with prejudice, costs to be paid by the party incurring same;

ORDERED, ADJUDGED and DECREED that the Complaint being asserted by Plaintiff, Merle R. Mills on behalf of others similarly situated, against Defendants, National Oilwell Varco, Robbins & Myers, Inc., Thomas P. Loftis, Peter C. Wallace, Stephen F. Kirk, Dale L. Medford, Andrew Lampereur, Richard J. Giromini, Albert J. Neupaver, and Raven Process Corp, is hereby dismissed without prejudice, costs to be paid by the party incurring same;

SIGNED this the __4__ day of __Jan__, 2013.

_____
JUDGE PRESIDING

APPROVED TO AS TO FORM AND SUBSTANCE:

**BROTHERS, SEPULVEDA & ALVARADO, P.C.**

By: _/s/ Karen M. Alvarado_
Karen M. Alvarado
Two Memorial City Plaza
820 Gessner, suite 1075
Houston, Texas 77024
Tel: 713- 337-0750
Fax: 713- 337-0760
Email: kalvarado@brothers-law.com

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
Shane Rowley
369 Lexington Ave., 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com
srowley@faruqilaw.com

*Attorneys for Plaintiff*